

**RECEIVED**
APR 12 2023
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | 5:23-cr-00082 |
| VERSUS | * | Judge Hicks |
| | * | Magistrate Judge Hornsby |
| STACY DESHANE BORNER (01) | * | |
| LADARRELL C. WASHINGTON, JR. (02) | * | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### Possession of Firearms by a Convicted Felon
### 18 U.S.C. § 922(g)(1)

On or about March 28, 2022, in the Western District of Louisiana, the defendant, **Stacy Deshane Borner**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce firearms, to wit: 1) a Glock pistol; Model: 17 Gen 4; Caliber: 9 x 19 mm equipped with a Glock switch (a conversion device), and 2) an Anderson Manufacturing, model: AM-15, caliber: 5.56mm rifle, with a drop-in auto sear (a conversion device) installed; 3) a blue SCCY, Model: CPX-2, caliber: 9mm pistol; 4) a Sig Sauer, model: P320, caliber: 9mm pistol; 5) a Century Arms AK47 rifle, Model: RAS47, and ammunition, all in violation of Title 18, United States Code, Section 922(g)(1). [18 U.S.C. § 922(g)(1)].

## COUNT 2
### Possession of Firearms by a Convicted Felon
### 18 U.S.C. § 922(g)(1)

On or about March 28, 2022, in the Western District of Louisiana, the defendant, **Ladarrell C. Washington, Jr.**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce firearms, to wit: 1) a Glock pistol; Model: 17 Gen 4; Caliber: 9 x 19 mm equipped with a Glock switch (a conversion device), and 2) an Anderson Manufacturing, model: AM-15, caliber: 5.56mm rifle, with a drop-in auto sear (a conversion device) installed; 3) a blue SCCY, Model: CPX-2, caliber: 9mm pistol; 4) a Sig Sauer, model: P320, caliber: 9mm pistol; 5) a Century Arms AK47 rifle, Model: RAS47, and ammunition, all in violation of Title 18, United States Code, Section 922(g)(1). [18 U.S.C. § 922(g)(1)].

## COUNT 3
### Illegal Possession of Machine Guns
### [18 U.S.C. § 922(o)]

On or about March 28, 2022, in the Western District of Louisiana, the defendant, **Stacy Deshane Borner**, did knowingly possess machine guns, that is, 1) a Glock pistol; Model: 17 Gen 4; Caliber: 9 x 19 mm equipped with a Glock switch (a conversion device), and 2) an Anderson Manufacturing, model: AM-15, caliber: 5.56mm rifle, with a drop-in auto sear (a conversion device) installed, in violation of Title 18, United States Code, Section 922(o). [18 U.S.C. § 922(o)].

## COUNT 4
**Possession of Firearm Not Registered to Defendant in NFRTR**
**[26 U.S.C. § 5861(d)]**

On or about March 28, 2022, in the Western District of Louisiana, the defendant, **Stacy Deshane Borner**, knowingly received and possessed firearms: 1) a Glock pistol; Model: 17 Gen 4; Caliber: 9 x 19 mm equipped with a Glock switch (a conversion device), and 2) an Anderson Manufacturing, model: AM-15, caliber: 5.56mm rifle, with a drop-in auto sear (a conversion device) installed, made in violation of chapter 53 of Title 26, as machineguns, which were not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Section 5861(d).   [26 U.S.C. § 5861(d)].

## FORFEITURE NOTICE

A.   The allegations in Counts 1-4 are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), Rule 32.2(a) of the Federal Rules of Criminal Procedure.

B.   Upon conviction of the firearms offenses alleged in Counts 1-4 set forth above in this Indictment, the defendants, **Stacy Deshane Borner** and **Ladarrell C. Washington, Jr.**, shall forfeit to the United States the following items seized by law enforcement officers:

   a)   a Glock Model 17 Gen 4, caliber: 9x19mm firearm equipped with a Glock switch (a conversion device) installed;

   b)   an Anderson Manufacturing, model: AM-15, caliber: 5.56mm rifle, with a drop-in auto sear (a conversion device) installed;

   c)  a blue SCCY, Model: CPX-2, caliber: 9mm pistol;

   d)  a Sig Sauer, model: P320, caliber: 9mm pistol;

   e)  a Century Arms AK47 rifle, Model: RAS47; and

   f)  ammunition.

  C. By virtue of the offense charged in this Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 924(d).

All in accordance with Rule 32.2(a) of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 924(d).

BRANDON B. BROWN
United States Attorney

By: *[signature]*
J. Aaron Crawford, LA Bar #31682
Assistant United States Attorney
300 Fannin Street, Suite 3021
Shreveport, Louisiana 71101

A TRUE BILL

*REDACTED*

GRAND JURY FOREPERSON